**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ATLANTIC MUTUAL INSURANCE COMPANY :
100 WALL STREET                  :
NEW YORK, NY  10005              :
                                 :
                                 :    CIVIL ACTION NO.
         v.                      :    02-CV-03807-EL
                                 :
KATHLEEN GULA AND HER HUSBAND,   :
PAUL GULA                        :
824 GROVE AVENUE                 :
SPRINGFIELD, PA 19064            :

**CERTIFICATE OF SERVICE**

I, William K. Conkin, Esquire, hereby certify that a true and correct copy of Plaintiff's Motion for Judgment on the Pleadings and Memorandum of Law in support of Plaintiff's Motion for Judgment on the Pleadings was forwarded to counsel named below on the date listed below:

**C. George Milner, Esquire**
The Atrium- Fourth Floor
1900 Market Street
Philadelphia, PA  19103
Attorney for Defendants Kathleen Gula and Paul Gula

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By: _____
William K. Conkin, Esquire
Attorney for Defendant
Atlantic Mutual Insurance Company

Dated: _____

\01_18\LIAB\RAW\LLPG\244562\JAG\01155\00169