IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY<br>100 Wall Street<br>New York, NY  10005 | :<br>:<br>:<br>: | CIVIL ACTION NO.<br>02-CV-3807-EL |
| v. | :<br>: | |
| KATHLEEN GULA AND HER HUSBAND<br>PAUL GULA<br>824 GROVE AVENUE<br>SPRINGFIELD, PA  19064 | :<br>:<br>:<br>: | NOTICE OF APPEAL |

**NOTICE OF APPEAL OF PLAINTIFF ATLANTIC MUTUAL INSURANCE
COMPANY FROM FINAL ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS**

Notice is hereby given that Plaintiff Atlantic Mutual Insurance Company, by and through their attorneys Marshall, Dennehey, Warner, Coleman & Goggin, hereby appeals to the United States Court of Appeals for the Third Circuit from Final Order Granting the Motion to Dismiss filed on behalf of Defendants Kathleen Gula and her husband Paul Gula and entered on October 22, 2002 in the above-captioned matter.

                                          Respectfully submitted,

                                          **MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

By: _____
      William K. Conkin
      Identification No.: 75581
      1845 Walnut Street, 18th Floor
      Philadelphia, PA  19103
      (215) 575-2761
      Attorney for Plaintiff
      Atlantic Mutual Insurance Company

Dated: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY<br>100 Wall Street<br>New York, NY  10005 | :<br>:<br>:<br>: | CIVIL ACTION NO.<br>02-3807 |
| v. | :<br>: | |
| KATHLEEN GULA AND HER HUSBAND<br>PAUL GULA<br>824 GROVE AVENUE<br>SPRINGFIELD, PA  19064 | :<br>:<br>:<br>: | |

## CERTIFICATE OF SERVICE

I, William K. Conkin, Esquire, hereby certify that a true and correct copy of the Notice of Appeal of Plaintiff Atlantic Mutual Insurance Company from Final Order Granting Defendants' Motion to Dismiss entered on October 22, 2002 was forwarded to counsel named below by Unites States First Class Mail on the date below:

C. George Milner, Esquire          The Honorable Judge Edmund V. Ludwig
The Atrium- Fourth Floor           United States District Court for the
1900 Market Street                 Eastern District of Pennsylvania
Philadelphia, PA  19103            U.S. Courthouse
                                   601 Market Street, Room 12614
                                   Philadelphia, PA  19106

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

BY: _____
WILLIAM K. CONKIN
1845 Walnut Street, 18th Floor
Philadelphia, PA  19103
(215) 575-2761
Attorney for Plaintiff
Atlantic Mutual Insurance Company

Dated:_____